UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.                                  BKY 09-50779
--------------------------
Randall L. Seaver, Trustee,           ADV 09-5052

        Plaintiff,

v.                                            ORDER FOR DISMISSAL OF
                                              ADVERSARY PROCEEDING

Neiman Marcus,

        Defendant.
_____

At Duluth, Minnesota, June 3, 2010.

      The court has been advised that this adversary proceeding has been settled or will be settled, that the proceeding has been abandoned by all interested parties or that all issues in the proceeding have become moot. It is not necessary that the file remain open on the calendar of the court. This order is entered accordingly.

      IT IS ORDERED: That this adversary proceeding is hereby dismissed without prejudice and without costs to any party. The Court hereby retains complete jurisdiction to vacate this order and to reopen the proceeding upon cause shown that further litigation is necessary, that a settlement has not been completed or that the parties wish to submit and file a stipulation or stipulated form of final judgment to complete a settlement.

                                        /e/ Robert J. Kressel
                                        ROBERT J. KRESSEL
                                        UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/03/2010*
Lori Vosejpka, Clerk, By amm, Deputy Clerk